IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DANIEL ORELLANA ARDON,                          )
                                                )
        Petitioner,                                )
                                                )
        v.                                         )          1:26-cv-1858 (LMB/IDD)
                                                )
ROBERT GUADIAN, et al.,                         )
                                                )
        Respondents.                               )

ORDER

On June 26, 2026, petitioner Daniel Orellana Ardon ("petitioner") filed a Petition for

Writ of Habeas Corpus ("Petition"), alleging that on June 24, 2026, petitioner was taken into

civil immigration custody following a roadside emergency while traveling on a family vacation.

[Dkt. No. 1] at ¶ 43.  Specifically, "[a]fter experiencing mechanical problems, the family's

vehicle ran off the road and stopped in a ditch." Id. ¶ 44.  Petitioner contacted local law

enforcement for assistance, and the responding officers contacted U.S. Immigration and Customs

Enforcement ("ICE") officers, who detained petitioner in Harrisonburg, Virginia. Id. ¶ 45.  On

June 25, 2026, counsel for petitioner received a phone call from an ICE officer who had

attempted to persuade petitioner to accept voluntary departure. Id. ¶ 46.  Since that phone call,

counsel has not been able to locate petitioner, and ICE's online detainee locator indicates that

petitioner is not currently in ICE custody. Id. ¶¶ 48–50; see [Dkt. Nos. 1-2 & 1-3].

It is well settled that a petitioner must be in custody at the time he brings a petition for

writ of habeas corpus. Leonard v. Hammond, 804 F.2d 838, 842 (4th Cir. 1986).  Additionally,

"for core habeas petitions challenging present physical confinement, jurisdiction lies in only one

district: the district of confinement." Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004).  The

Petition does not demonstrate either that petitioner is in custody or that he has been detained in the Eastern District of Virginia. When petitioner's counsel inputted petitioner's Alien Registration Number and country of birth, the following message appeared: "Your client is not currently in an ICE detention facility; you will be unable to schedule any legal visits for subjects that currently do not have a current location." [Dkt. No. 1-2] at 3. Moreover, petitioner's arrest in Harrisonburg, which is located in the Western District of Virginia, casts doubt on the claim that he is now detained in the Eastern District of Virginia. For these reasons, the Court lacks jurisdiction to adjudicate the merits of the Petition. Accordingly, it is hereby

ORDERED that the Petition, [Dkt. No. 1], be and is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 30 day of June, 2026.

Alexandria, Virginia

_____ /s/ _____
Leonie M. Brinkema
United States District Judge

2